SCPW-13-0005657

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JOHN DeCAMBRA, Petitioner,

vs.

DIRECTOR TED SAKAI, DEPARTMENT OF PUBLIC
SAFETY, STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Ochiai, in place of Acoba, J., recused.)

Upon consideration of petitioner John DeCambra's "Writ of Habeas Corpus", which was filed on November 25, 2013, and which we review as a petition for a writ of habeas corpus, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that:

(1)  The clerk of the appellate court shall serve a copy of the petition for a writ of habeas corpus on the attorney general;

(2)  As to petitioner's request to be released from custody, the petition is denied;

(3)  As to petitioner's request for medical treatment, the respondent shall file an answer to the petition within twenty (20) days from the date of this order; and

(4)  The appellate clerk shall serve a copy of this order upon the attorney general and the respondent.

DATED: Honolulu, Hawaiʻi, February 21, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Dean E. Ochiai